IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Julie Wagner, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:09cv0028 |
| vs. | ) | |
| | ) | |
| NCO Financial Systems, Inc., | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

COME NOW, the parties, by and through their respective attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby agree and stipulate that this matter has been settled as to all parties and the Complaint shall be dismissed with prejudice. Except to the extent otherwise agreed in the parties' settlement agreement, each party is to pay its own fees and costs.
Dated: April 6, 2009

        JULIE WAGNER, Plaintiff,

      by: _s/ Pamela A.Car_
        Pamela A. Car #18770
        Car & Reinbrecht, P.C., L.L.O.
        8720 Frederick St. # 105
        Omaha, NE 68124
        (402) 391-8484 phone
        (402) 391-1103 fax
        Attorney for Plaintiff

       NCO FINANCIALSYSTEMS, INC.,
       Defendant,

      By _s/ Adam Prochaska_
        Adam Prochaska  #22307
        Harding & Shultz, P.C., L.L.O.,
        800 Lincoln Square
        121 S. 13th Street
        P.O. Box  82028
        Lincoln, NE 68501
        (402) 434-3000
        (402) 434-3030
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2009, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Adam Prochaska  #22307
Harding & Shultz, P.C., L.L.O.,
800 Lincoln Square
121 S. 13th Street
P.O. Box  82028
Lincoln,  NE  68501


and I certify  that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None


By: s/Pamela A. Car
   Pamela A. Car, #18770
   William L. Reinbrecht, #20138
   Car & Reinbrecht, P.C., L.L.O.
   8720 Frederick St. # 105
   Omaha, NE 68124
   (402) 391-8484 phone
   ( 402) 391-1103 fax
    carlaw@uswest.net –e-mail
    Attorneys for Plaintiff

2