IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JULIE WAGNER,                  )
                               )
            Plaintiff,         )        8:09CV28
                               )
      v.                       )
                               )
NCO FINANCIAL SYSTEMS, INC.,   )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 9). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own fees and costs except as otherwise agreed in the parties' settlement agreement.

DATED this 7th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court